Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, OR 97201
Telephone: 503.624.6800
Facsimile: 503.624.6888

David J. Elkanich, OSB No. 992558
delkanich@buchalter.com
BUCHALTER, P.C.
1331 NW Lovejoy St., Ste. 900
Portland, OR 97209
Telephone: 503.226.8646
Facsimile: 503.226.0079

*Attorneys for Plaintiff Terrence P. Bean*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| TERRENCE P. BEAN, an individual, | Case No. 3:21-cv-01619-JR |
| Plaintiff, | |
| vs. | PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE |
| OREGON STATE BAR, a public corporation, | |
| Defendant. | |

TO THE HONORABLE COURT AND DEFENDANT:

PLEASE TAKE NOTICE that Plaintiff hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED this 20th day of January, 2022.

                                  SNELL & WILMER L.L.P.

                                  s/ Clifford S. Davidson
                                  Clifford S. Davidson, OSB No. 125378

                                  BUCHALTER, P.C.

                                  s/ David J. Elkanich
                                  David J. Elkanich, OSB No. 992558

                                        *Attorneys for Plaintiff Terrence P. Bean*

4894-9773-8250